**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-22335-CIV-ALTONAGA/Reid**

**YIWU QIJIAYI HOME FURNISHINGS CO., LTD.**,

Plaintiff,

v.

**QUANZHOU FENGZE SIWEITES ELECTRONIC COMMERCE CO., LTD.**,

Defendant.
_______________________________________/

**ORDER**

**THIS CAUSE** came before the Court on Plaintiff, Yiwu Qijiayi Home Furnishing Co., Ltd.'s Motion to Release Bond [ECF No. 35], filed on November 9, 2026. The relief Plaintiff seeks is evident from the Motion's title. (*See generally id.*). Being fully advised, it is

**ORDERED AND ADJUDGED** that Plaintiff, Yiwu Qijiayi Home Furnishing Co., Ltd.'s Motion to Release Bond **[ECF No. 35]** is **GRANTED** as follows:

1. The Clerk is directed to disburse the principal amount of **$10,000.00**, which is the amount of the bond posted by Plaintiff, plus any accrued interest to Plaintiff's counsel, via a check made payable to Kemet Law Group IOTA Account.

2. The Clerk is directed to mail the check to Plaintiff's counsel at:

Kemet Law Group, LLC
1825 NW Corporate Blvd.
Suite 110
Boca Raton, Florida 33431

3. Within three (3) days of the entry of this disbursement Order, Plaintiff is directed to provide a copy of this Order to the Court's financial section.

**DONE AND ORDERED** in Miami, Florida, this 9th day of November, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**